December 11, 2009

Mr. David W. Holman
The Holman Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, TX 77046
Mr. Richard N. Countiss
Countiss Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

RE: Case Number: 07-1032
 Court of Appeals Number: 01-05-00196-CV
 Trial Court Number: 2000-56702

Style: METRO ALLIED INSURANCE AGENCY, INC. AND C. MICHAEL MCGLOTHLIN
 v.
 SHIHCHE E. LIN, INDIVIDUALLY AND D/B/A APTUS COMPANY, AND SUNG-PING
 H. LIN

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
enclosed judgment in the above-referenced cause. You may obtain a copy of
the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |